# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

ALICIA WOODFORD, individually, and on behalf of others similarly situated,

        Plaintiff,

        v.

YAZAM INC., d/b/a EMPOWER,

        Defendant.

Civil Action No. 22-03665 (BAH)

Judge Beryl A. Howell

---

## ORDER

Upon consideration of defendant's Motion to Dismiss, ECF No. 20, plaintiff's Motion to Certify Class, ECF No. 19, the legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss, ECF No. 20, is **GRANTED**; it is further

**ORDERED** that plaintiff's Motion to Certify Class, ECF No. 19, is **DENIED** as moot; it is further

**ORDERED** that plaintiff's Amended Complaint, ECF No. 17, is dismissed; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

Date: November 21, 2023

_____
**BERYL A. HOWELL**
United States District Judge